James A. McDevitt
United States Attorney
Eastern District of Washington
Ronald W. Skibbie
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-96-100-RHW |
| vs. | United States' Response To Defendant's Motion For Early Release From Supervised Release |
| CARRIE LEE AENK, | |
| Defendant. | |

Plaintiff, United States of America, by and through James A. McDevitt, United States Attorney for the Eastern District of Washington, and Ronald W. Skibbie, Assistant United States Attorney for the Eastern District of Washington, submits the following Response To Defendant's Motion For Early Release From Supervised Release.

The United States would oppose Defendant's request for early release from Supervised Release. The facts underlying the Defendant's original conviction, as well as her violation of Supervised Release, raises concerns that the Defendant will commit further fraudulent acts. For reasons of community safety, the United States recommends that the Defendant serve out her entire term of Supervised Release.

DATED January 4, 2005.

James A. McDevitt
United States Attorney

s/Ronald W. Skibbie
Ronald W. Skibbie
Assistant United States Attorney

United States' Response To Defendant's Motion For Early Release From Supervised Release - 1
P50104LC.RSB.wpd

1  I hereby certify that on January 4, 2005, I electronically filed the foregoing
2  with the Clerk of the Court using the CM/ECF System which will send notification
3  of such filing to the following, and/or I hereby certify that I have mailed by United
4  States Postal Service the document to the following non-CM/ECF participant(s):

Richard Law
U. S. Probation Office
Post Office Box 306
Spokane, WA 99210-0306

Federal Defenders of Eastern Washington
10 North Post, Suite 700
Spokane, WA 99201

s/Ronald W. Skibbie

Ronald W. Skibbie
Assistant United States Attorney

United States' Response To Defendant's Motion For Early Release From
Supervised Release - 2
P50104LC.RSB.wpd